| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | Debtor's name | **UETEK** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-1910907** | |

4. Debtor's address

**Principal place of business**

**13521 Benson Avenue**
**Chino, CA 91710**
Number, Street, City, State & ZIP Code

**San Bernardino**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | **UETEK.COM** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **UETEK**                                                                         Case number *(if known)*
_____
Name

**7.    Describe debtor's business**    *A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

*B. Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4244

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

Debtor    **UETEK**                                                      Case number (*if known*)
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.  Why is the case filed in *this district?***

*Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

☑  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **UETEK**
Name
Case number (*if known*)

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **UETEK** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 14, 2023**
MM / DD / YYYY

X _____        **Hsiang Woodby**
Signature of authorized representative of debtor        Printed name

Title    **Chief Executive Officer, Secretary, Chief Financial Officer**

**18. Signature of attorney**

X _____        Date    **September 14, 2023**
Signature of attorney for debtor        MM / DD / YYYY

**Sean A. OKeefe**
Printed name

**OKeefe & Associates Law Corporation. PC**
Firm name

**26 Executive Park**
**Suite 250**
**Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone    **(949) 334-4135**        Email address    **sokeefe@okeefelawcorporation.com**

**122714 CA**
Bar number and State

Resolution of Board of Directors
of
**UETEK**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hsiang Woodby, Chief Executive Officer, Secretary, Chief Financial Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Hsiang Woodby, Chief Executive Officer, Secretary, Chief Financial Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Hsiang Woodby, Chief Executive Officer, Secretary, Chief Financial Officer** of this Corporation is authorized and directed to employ **Sean A. OKeefe**, attorney and the law firm of **OKeefe & Associates Law Corporation. PC** to represent the corporation in such bankruptcy case.

Date  **September 14, 2023** _____        Signed _____

Date  **September 14, 2023** _____        Signed _____

## United States Bankruptcy Court
### Central District of California

In re    **UETEK**

Debtor(s)

Case No.

Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Hsiang Woodby**, declare under penalty of perjury that I am the **Chief Executive Officer, Secretary, Chief Financial Officer** of **UETEK**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **14th** day of **September**, 20**23**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hsiang Woodby, Chief Executive Officer, Secretary, Chief Financial Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Hsiang Woodby, Chief Executive Officer, Secretary, Chief Financial Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Hsiang Woodby, Chief Executive Officer, Secretary, Chief Financial Officer** of this Corporation is authorized and directed to employ **Sean A. OKeefe**, attorney and the law firm of **OKeefe & Associates Law Corporation. PC** to represent the corporation in such bankruptcy case."

Date    **September 14, 2023**

Signed

**Hsiang Woodby**

# United States Bankruptcy Court
## Central District of California

In re    **UETEK**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Hsiang C Woodby**<br>**582 Armitos Pl**<br>**Diamond Bar, CA 91765** | **Common Stock** | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer, Secretary, Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 14, 2023**

Signature    _____
**Hsiang Woodby**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sean A. O'Keefe (SBN 122417)<br>OKEEFE & ASSOCIATES LAW CORPORATION. P.C.<br>26 Executive Park, Suite 250<br>Irvine, CA 92614<br>sokeefe@okeefelawcorporation.com<br>Telephone: (949) 334-4135<br>Fax: (949) 209-2625<br><br>General Insolvency Counsel for<br>Debtor and Debtor-in-Possession | |

☒ *Attorney for:* UETEK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br>UETEK | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | |
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, *(Printed name of attorney or declarant)* Hsiang Woodby, CEO _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                           Page 1                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: _09/14/2023_____

By: _____
              Signature of Debtor, or attorney for Debtor

Name: _Hsiang Woodby, CEO_____
              Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 2          **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**
Hsiang C Woodby
582 Armitos Pl
Diamond Bar, CA 91765

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    **F 1007-4.CORP.OWNERSHIP.STMT**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | UETEK |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALPINE ADVANCE 5 LLC 46 Washington Street Suite #6 Middletown, CT 06457 | | Merchant Cash Advance - UCC-1. | Contingent Unliquidated Disputed | Unknown | $0.00 | Unknown |
| Blue Rock Capital Group 1021 38th Street Brooklyn, NY 11219 | | Standard Merchant Cash Advance Agreement. UCC-1. | Contingent Unliquidated Disputed | Unknown | $0.00 | Unknown |
| BSI Financial Services Customer Care PO Box 517 Titusville, PA 16354-0517 | | | Contingent Unliquidated Disputed | | | $0.00 |
| CAPYTAL COM 1801 NE 123rd Street Suite 421 Miami, FL 33181 | | | Contingent Unliquidated Disputed | | | $0.00 |
| CloudFund LLC 400 Realla Blvd Suite 165-101 Suffern, NY 10901 | | Future Receipts Sale and Purchase Agreement - UCC-1 | Contingent Unliquidated Disputed | Unknown | $0.00 | Unknown |
| East West Bank Loan Servicing Depoartment 9300 Flair Drive 6th Floor El Monte, CA 91731 | | Loan. UCC-1. | Contingent | $1,693,000.00 | $0.00 | $1,693,000.00 |

Debtor **UETEK**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Franchise Tax Board Bankruptcy Section, MS: A-340 PO Box 2952 Sacramento, CA 95812-2952 | | For notice purposes only. | Contingent Disputed | | | $0.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | For notice purposes only. | Contingent Disputed | | | $0.00 |
| Isuzu Finance of America Inc Attn Operations 2500 Westchester Ave Ste 312 Purchase, NY 10577 | | 2021 Isuzu NRR. Financed truck. | | $87,457.38 | $80,000.00 | $7,457.38 |
| LA Commercial Group Inc dba Continental Commercial Group Carol R Hamilton Esq 1111 N Brand Blvd Suite 401 Glendale, CA 91202 | | Lawsuit. Superior Court of California, Los Angeles County. Case no. 23PSCV02604. See Statement of Financial Affairs | Contingent Disputed | | | $41,615.78 |
| LIV Funding LLC 320 Boston Post Road Suite 180-161 Darien, CT 06820 | | Receivables Purchase Agreement. UCC-1 | Contingent Unliquidated Disputed | Unknown | $0.00 | Unknown |
| Luis Mendoza 1157 Coventry Ct San Dimas, CA 91773 | | Workers Compensation Claim | Contingent Unliquidated Disputed | | | $0.00 |
| Maverick Funding LLC 15916 Union Tpke Fresh Meadows, NY 11366 | | Future Receivables Sale and Purchase Agreement. UCC-1 | Contingent Unliquidated Disputed | Unknown | $0.00 | Unknown |
| Maverick Funding LLC 15916 Union Tpke Fresh Meadows, NY 11366 | | Future Receivables Sale and Purchase Agreement. UCC-1. | Contingent Unliquidated Disputed | Unknown | $0.00 | Unknown |
| Mr. Advance 35-12 19th Ave Suite 3W Astoria, NY 11105 | | Future Receivables Sale and Purchase Agreement. UCC-1. | Contingent Unliquidated Disputed | Unknown | $0.00 | Unknown |

Debtor    **UETEK**                                                     Case number *(if known)*    _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mr. Advance** **35-12 19th Ave Suite 3W** **Astoria, NY 11105** | | **Future Receivables Sale and Purchase Agreement.** **UCC-1.** | **Contingent** **Unliquidated** **Disputed** | Unknown | $0.00 | Unknown |
| **Mr. Advance** **35-12 19th Ave Suite 3W** **Astoria, NY 11105** | | **Future Receivables Sale and Purchase Agreement.** **UCC-1.** | **Contingent** **Unliquidated** **Disputed** | Unknown | $0.00 | Unknown |
| **T&T Investments LLC** **14740 Ramona Ave** **Chino, CA 91710** | | **Warehouse Rent** | **Contingent** **Disputed** | | | $60,000.00 |
| **United Packaging and Janitorial Supplies Inc** **9859 E Rush St** **South El Monte, CA 91733** | | **Business Expenses Through Date Indicated** | **Contingent** **Disputed** | | | $68,070.00 |
| **US Bank Cardmember Service** **PO Box 6352** **Fargo, ND 58125-6352** | | **Business Expenses Through Date Indicated** | | | | $26,413.20 |

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **None**

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **None**

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **None**

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Irvine**                              , California.

Date:   **September 14, 2023**

**Hsiang Woodby**
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1                              **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **UETEK**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐  Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................  $      **1.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................  $      **779,201.75**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................  $      **779,202.75**

### Part 2:  Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $      **1,780,457.38**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................................  $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................  +$      **196,098.98**

4.  **Total liabilities** ............................................................................
    Lines 2 + 3a + 3b

    $      **1,976,556.36**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>UETEK</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $300.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Royal Business Bank (Negative balance. See Schedule F)** | Checking | 6725 | $0.00 |
| 3.2. | **East West Bank** | Checking | 3707 | $35,112.65 |
| 3.3. | **Bank of America** | Checking | 4351 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $35,412.65 |
|---|

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Debtor    **UETEK**
_____    Case number *(if known)* _____
Name

Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

   8.1.  **Warehouse lease deposit.** _____    **$11,189.10**

9.    **Total of Part 2.**    **$11,189.10**
Add lines 7 through 8. Copy the total to line 81.

Part 3:    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **600,000.00**    -    **0.00**    = ....    **$600,000.00**
                  face amount                        doubtful or uncollectible accounts

12.    **Total of Part 3.**    **$600,000.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Part 5:    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Warehouse inventory** | 6/30/2023 | $300,000.00 | | $0.00 |

23.    **Total of Part 5.**    **$0.00**
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

Debtor    **UETEK**                                      Case number *(if known)* _____
_____
Name

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value    _____    Valuation method    _____    Current Value    _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Misc. office furniture, desks, etc.** | **$0.00** | | **$2,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, printers, phones, misc. office equipment and supplies.** | **$0.00** | | **$3,000.00** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$5,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

Debtor    **UETEK**                                           Case number *(If known)* _____
        Name

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Dodge Grand Caravan. Purchased vehicle.** | $70,000.00 | | $40,000.00 |
| 47.2. **2021 Isuzu NRR. Financed truck.** | $90,000.00 | | $80,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Racks and pallets** | $0.00 | | $2,000.00 |
| **Forklift, fuel, accessories, etc.** | $0.00 | | $4,500.00 |

**51. Total of Part 8.**                                                            | $126,500.00 |
Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Warehouse lease. Lease expired.** | | $0.00 | | $1.00 |

Debtor    **UETEK**
_____    Case number *(If known)* _____
            Name

56.    **Total of Part 9.**                                                                    | $1.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** <br> www.edotwater.com | $0.00 | | $1,000.00 |
| www.uetek.com | $0.00 | | $100.00 |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    | $1,100.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Debtor  **UETEK**

Name

Case number *(If known)* _____

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Net operating losses.** _____ Tax year _____ **Unknown**

73. **Interests in insurance policies or annuities**

**Mercury Insurance - Business Auto Insurance (Isuzu)** _____ **$0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claims against various lenders and creditors under lender laws**
Nature of claim   _____  **Unknown**
Amount requested  _____ **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**eDot Water** _____ **$0.00**

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    **UETEK**
      Name

Case number *(If known)*  _____

---

**Part 12:**  **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $35,412.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,189.10 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $600,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $126,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................> | | $1.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $779,201.75 | + 91b.   $1.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $779,202.75 |

| Fill in this information to identify the case: |
|---|
| Debtor name **UETEK** |
| United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **ALPINE ADVANCE 5 LLC** | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|
| | Creditor's Name | **Merchant Cash Advance - UCC-1.** | **Unknown** | **$0.00** |
| | **46 Washington Street Suite #6** | | | |
| | **Middletown, CT 06457** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC-1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **3/23/2023** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0907** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | **Do multiple creditors have an interest in the same property?** | ☑ Contingent | | |
| | ☑ No | ☑ Unliquidated | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Disputed | | |

| 2.2 | **Blue Rock Capital Group** | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|
| | Creditor's Name | **Standard Merchant Cash Advance Agreement. UCC-1.** | **Unknown** | **$0.00** |
| | **1021 38th Street** | | | |
| | **Brooklyn, NY 11219** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC-1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **6/2/2023** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0907** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | **Do multiple creditors have an interest in the same property?** | | | |

| Debtor | **UETEK** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.3** | **CloudFund LLC**
Creditor's Name

**400 Realla Blvd Suite 165-101**
**Suffern, NY 10901**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/28/2023**

Last 4 digits of account number
**0907**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Future Receipts Sale and Purchase Agreement - UCC-1**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Unknown | $0.00

---

**2.4** | **East West Bank**
Creditor's Name

**Loan Servicing Depoartment**
**9300 Flair Drive 6th Floor**
**El Monte, CA 91731**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2022**

Last 4 digits of account number
**3707**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Loan. UCC-1.**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,693,000.00 | $0.00

---

**2.5** | **Isuzu Finance of America Inc**
Creditor's Name

**Attn Operations**
**2500 Westchester Ave Ste 312**
**Purchase, NY 10577**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 Isuzu NRR. Financed truck.**

Describe the lien

$87,457.38 | $80,000.00

---

Debtor    **UETEK**
_____    Case number (if known) _____
Name

**Security Agreement**
_____

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2023**

**Last 4 digits of account number**
**8477**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **LIV Funding LLC** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**320 Boston Post Road**
**Suite 180-161**
**Darien, CT 06820**

Creditor's mailing address

**Receivables Purchase Agreement. UCC-1**

Describe the lien
_____

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**8/2/2023**

**Last 4 digits of account number**
**0907**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.7 | **Maverick Funding LLC** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**15916 Union Tpke**
**Fresh Meadows, NY 11366**

Creditor's mailing address

**Future Receivables Sale and Purchase Agreement. UCC-1**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**5/9/2023**

**Last 4 digits of account number**
**0907**

Do multiple creditors have an interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 7

Debtor   **UETEK**                                            Case number (if known) _____
_____
Name

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.8 | **Maverick Funding LLC** | | | | |
|-----|--------------------------|---|---|---|---|

Creditor's Name

**15916 Union Tpke
Fresh Meadows, NY 11366**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Future Receivables Sale and Purchase
Agreement. UCC-1.**

Unknown                    $0.00

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**5/24/2023**

Last 4 digits of account number
**0907**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply
- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.9 | **Mr. Advance** | | | | |
|-----|-----------------|---|---|---|---|

Creditor's Name

**35-12 19th Ave Suite 3W
Astoria, NY 11105**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Future Receivables Sale and Purchase
Agreement. UCC-1.**

Unknown                    $0.00

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2/27/2023**

Last 4 digits of account number
**6725**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply
- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.1 0 | **Mr. Advance** | | | | |
|-------|-----------------|---|---|---|---|

Creditor's Name

**35-12 19th Ave Suite 3W
Astoria, NY 11105**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Future Receivables Sale and Purchase
Agreement. UCC-1.**

Unknown                    $0.00

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
- ■ No

---

Debtor  **UETEK**
‎ ‎ ‎ ‎ ‎ ‎ Name

Case number (if known) _____

---

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**3/16/2023**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0907**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent

☑ Unliquidated

☑ Disputed

---

| 2.1 1 | **Mr. Advance** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**Future Receivables Sale and Purchase Agreement. UCC-1.**

**35-12 19th Ave Suite 3W Astoria, NY 11105**

Creditor's mailing address

**Describe the lien**

**UCC-1**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**5/2/2023**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0907**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent

☑ Unliquidated

☑ Disputed

---

| 2.1 2 | **Mr. Advance** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**Future Receivables Sale and Purchase Agreement. UCC-1.**

**35-12 19th Ave Suite 3W Astoria, NY 11105**

Creditor's mailing address

**Describe the lien**

**UCC-1**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**3/21/2023**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0907**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent

☑ Unliquidated

☑ Disputed

---

Debtor    **UETEK**
_____
Name

Case number (if known) _____

| 2.1 3 | **Ocean Funding Source** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**1800 New Central Ave
Lakewood, NJ 08701-3094**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/28/2023**
**Last 4 digits of account number**
**0907**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Future Receivables Agreement. UCC-1.**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

| 2.1 4 | **Webfunder LLC** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**5150 Tamiami Trail N
Suite 302
Naples, FL 34103**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**6725**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Future Receivables Sale and Purchase Agreement. UCC-1.**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$1,780,457.38**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Delta Bridge Funding LLC
400 Rella Blvd
Suite 165-101
Suffern, NY 10901** | Line **2.3** | |

Debtor  __UETEK__                                              Case number (if known)  _____
         Name

| Family Funding Group LLC<br>1021 38th St<br>Brooklyn, NY 11219 | Line **2.2** |
| Fox Funding<br>5150 Tamiami Trail N<br>Suite 302<br>Naples, FL 34103 | Line **2.14** |
| Gene Rosens Law Firm<br>200 Garden City Plaza #405<br>Garden City, NY 11530 | Line **2.9** |
| Mr. Advance<br>Corporation Service Company as<br>Representative<br>PO Box 2576<br>Springfield, IL 62708 | Line **2.9** |
| Mr. Advance<br>Corporation Service Company as<br>Representative<br>PO Box 2576<br>Springfield, IL 62708 | Line **2.10** |
| Mr. Advance<br>Corporation Service Company as<br>Representative<br>PO Box 2576<br>Springfield, IL 62708 | Line **2.11** |
| Mr. Advance<br>Corporation Service Company as<br>Representative<br>PO Box 2576<br>Springfield, IL 62708 | Line **2.12** |
| Mr. Advance LLC<br>20200 W Dixie Hwy<br>Suite 1205<br>Miami, FL 33180 | Line **2.9** |
| Mr. Advance LLC<br>20200 W Dixie Hwy<br>Suite 1205<br>Miami, FL 33180 | Line **2.10** |
| Mr. Advance LLC<br>20200 W Dixie Hwy<br>Suite 1205<br>Miami, FL 33180 | Line **2.11** |
| Mr. Advance LLC<br>20200 W Dixie Hwy<br>Suite 1205<br>Miami, FL 33180 | Line **2.12** |

| Fill in this information to identify the case: |
| --- |

| Debtor name | **UETEK** |
| --- | --- |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only.**

Last 4 digits of account number **0907**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only.**

Last 4 digits of account number **0907**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **UETEK** _____    Case number (if known) _____
   Name

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**BSI Financial Services**
**Customer Care**
**PO Box 517**
**Titusville, PA 16354-0517**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0907__

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**CAPYTAL COM**
**1801 NE 123rd Street Suite 421**
**Miami, FL 33181**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0907__

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**City of Chino**
**PO Box 667**
**13220 Central Ave**
**Chino, CA 91708-0667**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __8332__

Basis for the claim: __Utility Services Through Date Indicated__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,615.78**

**LA Commercial Group Inc**
**dba Continental Commercial Group**
**Carol R Hamilton Esq**
**1111 N Brand Blvd Suite 401**
**Glendale, CA 91202**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __2604__

Basis for the claim: __Lawsuit. Superior Court of California, Los Angeles County. Case no. 23PSCV02604. See Statement of Financial Affairs__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Luis Mendoza**
**1157 Coventry Ct**
**San Dimas, CA 91773**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __0907__

Basis for the claim: __Workers Compensation Claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Southern California Edison**
**2244 Walnut Grove Ave**
**Rosemead, CA 91770**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __3051__

Basis for the claim: __Utility Services Through Date Indicated__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00**

**T&T Investments LLC**
**14740 Ramona Ave**
**Chino, CA 91710**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __0907__

Basis for the claim: __Warehouse Rent__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **UETEK**
_____    Case number (if known) _____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,070.00 |
|---|---|---|---|

**3.8** Nonpriority creditor's name and mailing address

**United Packaging and Janitorial Supplies Inc**
9859 E Rush St
South El Monte, CA 91733

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **0907**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business Expenses Through Date Indicated**

Is the claim subject to offset?  ■ No  ☐ Yes

**$68,070.00**

---

**3.9** Nonpriority creditor's name and mailing address

**US Bank**
**Cardmember Service**
PO Box 6352
Fargo, ND 58125-6352

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **3989**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Expenses Through Date Indicated**

Is the claim subject to offset?  ■ No  ☐ Yes

**$26,413.20**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Global Supply Co**<br>20628 Corsair Boulevard<br>Hayward, CA 94545 | Line  **3.4**<br>☐ Not listed. Explain ____ | — |
| 4.2 | **Hanover Insurance Group**<br>PO Box 15144<br>Worcester, MA 01615-0144 | Line  **3.5**<br>☐ Not listed. Explain ____ | — |
| 4.3 | **Hinden & Breslavsky**<br>4661 W Pico Blvd<br>Los Angeles, CA 90019 | Line  **3.5**<br>☐ Not listed. Explain ____ | — |
| 4.4 | **Lee & Associates - Ontario**<br>Attn Ryan Earnhart<br>3535 Inland Empire Blvd<br>Ontario, CA 91764 | Line  **3.7**<br>☐ Not listed. Explain ____ | — |
| 4.5 | **NAI Capital**<br>Attn Ryan Campbell<br>21660 E Copley Dr Suite 320<br>Diamond Bar, CA 91765 | Line  **3.7**<br>☐ Not listed. Explain ____ | — |
| 4.6 | **Newco Capital Group LLC**<br>1801 NE 123rd Street Suite 421<br>Miami, FL 33181 | Line  **3.2**<br>☐ Not listed. Explain ____ | — |
| 4.7 | **Newco Capital Group LLC**<br>90 Broad Street Suite 903<br>New York, NY 10004 | Line  **3.2**<br>☐ Not listed. Explain ____ | — |

| Debtor | **UETEK** | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Newco Capital Group LLC**<br>**1505 Corporation**<br>**Cogency Global Inc as CA Agent**<br>**1325 J St Ste 1550**<br>**Sacramento, CA 95814** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Sheldon J Fleming**<br>**Law Offices of Sheldon J Fleming**<br>**2030 Main Street Suite 1300**<br>**Irvine, CA 92614** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Southern California Edison**<br>**Cristina Limon as Agent**<br>**2244 Walnut Grove Ave**<br>**Rosemead, CA 91770** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Terry McCrea**<br>**14740 Ramona Ave**<br>**Chino, CA 91710** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **United Packaging and Janitorial**<br>**Supplies Inc Agent for Service**<br>**Bernardo Flores**<br>**4012 Winterhaven St**<br>**Yorba Linda, CA 92886** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 196,098.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 196,098.98 |

| Fill in this information to identify the case: |
|---|

Debtor name __UETEK__

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Business Auto Insurance (Isuzu)** | |
| State the term remaining | **term. 5/19/2024** | **Mercury Insurance**<br>**Topco Ins Agency**<br>**1619 S Azusa Ave**<br>**Hacienda Heights, CA 91745** |
| List the contract number of any government contract | | |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Commericial Lease** | |
| State the term remaining | **Terminated** | **T&T Investments LLC**<br>**14740 Ramona Ave**<br>**Chino, CA 91710** |
| List the contract number of any government contract | | |

Debtor name    **UETEK**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Hsiang C Woodby | 582 Armitos Pl Diamond Bar, CA 91765 | East West Bank | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Hsiang C Woodby | 582 Armitos Pl Diamond Bar, CA 91765 | CloudFund LLC | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Hsiang C Woodby | 582 Armitos Pl Diamond Bar, CA 91765 | Webfunder LLC | ■ D __2.14__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Hsiang C Woodby | 582 Armitos Pl Diamond Bar, CA 91765 | Blue Rock Capital Group | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | Hsiang C Woodby | 582 Armitos Pl Diamond Bar, CA 91765 | Mr. Advance | ■ D __2.10__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor  **UETEK**                                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Hsiang C Woodby** | **582 Armitos Pl**<br>**Diamond Bar, CA 91765** | **Mr. Advance** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Hsiang C Woodby** | **582 Armitos Pl**<br>**Diamond Bar, CA 91765** | **Mr. Advance** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Hsiang C Woodby** | **582 Armitos Pl**<br>**Diamond Bar, CA 91765** | **Mr. Advance** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Hsiang C Woodby** | **582 Armitos Pl**<br>**Diamond Bar, CA 91765** | **ALPINE ADVANCE 5 LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Hsiang C Woodby** | **582 Armitos Pl**<br>**Diamond Bar, CA 91765** | **Maverick Funding LLC** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Hsiang C Woodby** | **582 Armitos Pl**<br>**Diamond Bar, CA 91765** | **Maverick Funding LLC** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Hsiang C Woodby** | **582 Armitos Pl**<br>**Diamond Bar, CA 91765** | **LIV Funding LLC** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **UETEK** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Corporate Resolution Authorizing Filing of the Petition**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 14, 2023**    X _____
Signature of individual signing on behalf of debtor

**Hsiang Woodby**
Printed name

**Chief Executive Officer, Secretary, Chief Financial Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **UETEK**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.   **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$5,500,000.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$7,680,974.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$6,885,332.00** |

2.   **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **UETEK**                                             Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Mr. Advance**<br>**35-12 19th Ave Suite 3W**<br>**Astoria, NY 11105** | **See Attached** | **$60,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other ___ |
| 3.2. **East West Bank**<br>**Loan Servicing Depoartment**<br>**9300 Flair Drive 6th Floor**<br>**El Monte, CA 91731** | **6/10/2023 -**<br>**$50,000.00**<br>**6/23/2023 -**<br>**$4847.51**<br>**8/22/2023 -**<br>**$12,081.11** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Loan payment._ |
| 3.3. **Maverick Funding** | **See Attached** | **$64,235.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other ___ |
| 3.4. **Isuzu Finance of America Inc**<br>**Attn Operations**<br>**2500 Westchester Ave Ste 312**<br>**Purchase, NY 10577** | **6/2023 -**<br>**$3068.68**<br>**7/2023 -**<br>**$3068.68**<br>**8/2023 -**<br>**$3068.68** | **$9,206.04** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other ___ |
| 3.5. **T&T Investments LLC**<br>**14740 Ramona Ave**<br>**Chino, CA 91710** | **8/2/2023** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Commerical Warehouse Lease_ |
| 3.6. **Webfunder LLC**<br>**5150 Tamiami Trail N**<br>**Suite 302**<br>**Naples, FL 34103** | **See Attached** | **$20,866.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other ___ |
| 3.7. **Blue Rock Capital Group**<br>**aka Family Funding**<br>**1021 38th Street**<br>**Brooklyn, NY 11219** | **See Attached** | **$8,134.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other ___ |
| 3.8. **Ocean Funding Source**<br>**1800 New Central Ave**<br>**Lakewood, NJ 08701-3094** | **See Attached** | **$183,534.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other ___ |

Debtor    __UETEK__                                    Case number *(if known)*    _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **United Packaging and Janitorial Supplies Inc** 9859 E Rush St South El Monte, CA 91733 | **Various dates** | **$15,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10 **Franchise Tax Board Bankruptcy Section, MS: A-340 PO Box 2952 Sacramento, CA 95812-2952** | 9/11/2023 - $800.00 9/12/2023 - $1,100.00 | **$1,900.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other___ |
| 3.11 **Family Funding Group LLC** 1021 38th St Brooklyn, NY 11219 | **See Attached** | **$8,327.75** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other___ |
| 3.12 **Delta Bridge Funding LLC** 400 Rella Blvd Suite 165-101 Suffern, NY 10901 | **See Attached** | **$18,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other___ |
| 3.13 **LIV Funding LLC** 320 Boston Post Road Suite 180-161 Darien, CT 06820 | **See Attached** | **$96,740.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other___ |
| 3.14 **CAPYTAL COM** 1801 NE 123rd Street Suite 421 Miami, FL 33181 | **See Attached** | **$90,756.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other___ |
| 3.15 **BSI Financial Services Customer Care PO Box 517 Titusville, PA 16354-0517** | **See Attached** | **$9,745.96** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other___ |

| Debtor | **UETEK** | Case number *(if known)* | |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Hsiang C Woodby**<br>**582 Armitos Pl**<br>**Diamond Bar, CA 91765**<br>**Officer** | 9/8/2023 | $7,728.00 | **Payment of home loan in lieu of and attributed to income.** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **LA Commercial Group Inc dba Continental Commercial Group v UETEK**<br>**23PSCV02604** | **Breach of Contract** | **Superior Court of California County of Los Angeles Pomona Courthouse South** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Luis Mendoza v UETEK**<br>**83-00104658 001** | **Workers Compensation Claim** | **Workers Compensation Board** | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| 7.3. | **UETEK AND HSIANG CHEN WOODBY**<br>**444697** | **Prejudgment Remedy** | **Unable to locate** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor  **UETEK**                                                    Case number *(if known)*

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Olive Crest**<br>**2130 E 4th**<br>**Santa Ana, CA 92705** | **Montary contribution. Debtor is an annual sponsor.** | **2021-2023** | **$60,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B Assets – Real and Personal Property)* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **O'Keefe & Associates Law Corporation**<br>**26 Executive Park**<br>**Suite 250**<br>**Irvine, CA 92614** | **Attorney Fees** | **August 23, 2023  $5,000**<br>**August 28, 2023**<br>**$30,000**<br>**September 8, 2023**<br>**$6.738** | **$41,738.00** |
| | **Email or website address**<br>**courtfiling@nicastropc.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **UETEK**    Case number *(if known)*    _____

---

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **Unknown Individual** | **2010 Toyota Tundra Truck** | **2021** | **$4,000.00** |
| | Relationship to debtor **None** | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1458 Mission Blvd Pomona, CA 91766** | **2016-2022** |

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **UETEK**                                                     Case number *(if known)*

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Cathay Bank**<br>**17432 Colima Rd**<br>**Rowland Heights, CA 91748** | XXXX-2331 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/6/2023** | $786.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor   **UETEK**   Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Marsco Acounting & Tax Services** **218 W Garvey Ave Suite I** **Monterey Park, CA 91754** | **2010 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

Debtor    **UETEK**                                                        Case number *(if known)*

| Name and address | |
|---|---|
| 26d.1. | **Various Lenders/Merchant Cash Advance**<br>**Various Address** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hsiang C Woodby | 582 Armitos Pl<br>Diamond Bar, CA 91765 | Sole-shareholder, Chief Executive Office, Chief Financial Officer, and Secretary | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Hsiang C Woodby**<br>**582 Armitos Pl**<br>**Diamond Bar, CA 91765** | **Estimated Payroll: $30,000.00** | **2022-2023** | Compensation (Also see Statement of Financial Affairs #4) |
| | Relationship to debtor<br>**President** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Debtor    **UETEK**                                                Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the pension fund |

---

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 14, 2023**
_____

_____          **Hsiang Woodby**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer, Secretary, Chief Financial Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

■ No
☐ Yes

**ATTACHMENT TO STATEMENT FINANCIAL AFFAIRS**
**3. PAYMENTS TO CREDITORS WITHIN 90 DAYS OF FILING**

<u>**CREDITOR – MAVERICK FUNDING**</u>

06/01/23 - $1,687.00
06/01/23 - $1,499.00
06/02/23 - $1,687.00
06/02/23 - $1,499.00
06/05/23 - $1,687.00
06/05/23 - $1,499.00
06/06/23 - $1,687.00
06/06/23 - $1,499.00
06/07/23 - $1,687.00
06/07/23 - $1,499.00
06/08/23 - $1,687.00
06/08/23 - $500.00
06/09/23 - $1,687.00
06/09/23 - $500.00
06/12/23 - $1,687.00
06/12/23 - $500.00
06/13/23 - $1,687.00
06/13/23 - $500.00
06/14/23 - $1,687.00
06/14/23 - $500.00
06/15/23 - $1,687.00
06/15/23 - $500.00
06/16/23 - $1,687.00
06/16/23 - $1,687.00
06/16/23 - $500.00
06/16/23 - $500.00
06/20/23 - $1,687.00
06/20/23 - $1,687.00
06/20/23 - $500.00
06/20/23 - $500.00
06/21/23 - $1,687.00
06/21/23 - $500.00
06/22/23 - $1,687.00
06/22/23 - $500.00
06/23/23 - $1,687.00
06/23/23 - $500.00
06/26/23 - $1,687.00
06/26/23 - $500.00

06/27/23 - $1,687.00
06/27/23 - $500.00
06/28/23 - $500.00
06/29/23 - $500.00
06/30/23 - $500.00
07/03/23 - $500.00
08/03/23 - $4500.00
08/11/23 - $4500.00
08/18/23 - $4500.00

## CREDITOR – WEBFUNDER

06/01/2023 - $811.11
06/02/2023 - $811.11
06/05/2023 - $811.11
06/06/2023 - $811.11
06/07/2023 - $811.11
06/08/2023 - $811.11
06/26/2023 - $4,000.00
07/27/2023 - $8,000.00
07/31/2023 - $4,000.00

## CREDITOR – FAMILY FUNDING AKA BLUE ROCK CAPITAL GROUP

06/01/2023 - $1,665.55
06/01/2023 - $1,665.55
06/02/2023 - $1,665.55
06/05/2023 - $1,665.55
06/06/2023 - $1,665.55

## CREDITOR – BLUE ROCK CAPITAL

06/06/2023 - $834.45
06/07/2023 - $2,500.00
07/05/2023 - $800.00
08/18/2023 - $2,000.00
08/25/2023 - $2,000.00

## CREDITOR – MR. ADVANCE

07/24/2023 - $15,000.00

ATTACHMENT TO STATEMENT FINANCIAL AFFAIRS #3

08/01/2023 - $15,000.00
08/07/2023 - $15,000.00
08/14/2023 - $15,000.00


**CREDITOR – DELTA BRIDGE AKA CLOUDFUND LLC**

07/24/2023 - $500.00
07/25/2023 - $500.00
07/26/2023 - $500.00
07/27/2023 - $500.00
07/28/2023 - $500.00
07/31/2023 - $500.00
08/01/2023 - $500.00
08/02/2023 - $500.00
08/03/2023 - $500.00
08/04/2023 - $500.00
08/07/2023 - $500.00
08/08/2023 - $500.00
08/09/2023 - $500.00
08/10/2023 - $500.00
08/11/2023 - $500.00
08/14/2023 - $500.00
08/15/2023 - $500.00
08/16/2023 - $500.00
08/17/2023 - $500.00
08/18/2023 - $500.00
08/21/2023 - $500.00
08/22/2023 - $500.00
08/23/2023 - $500.00
08/24/2023 - $500.00
08/25/2023 - $500.00
08/28/2023 - $500.00
08/29/2023 - $500.00
08/30/2023 - $500.00
08/31/2023 - $500.00
9/1/2023 - $500.00
9/5/2023 - $500.00
9/6/2023 - $500.00
9/7/2023 - $500.00
9/8/2023 - $500.00
9/11/2023 - $500.00
9/13/2023 - $500.00

ATTACHMENT TO STATEMENT FINANCIAL AFFAIRS #3

**CREDITOR – LIV FUND**

6/1/2023 - $1499.00
6/2/2023 - $1499.00
6/5/2023 - $1499.00
6/6/2023 - $1499.00
6/7/2023 - $1499.00
6/8/2023 - $1499.00
6/9/2023 - $1499.00
6/12/2023 - $1499.00
6/13/2023 - $1499.00
6/14/2023 - $1499.00
6/15/2023 - $1499.00
6/16/2023 - $1499.00
6/20/2023 - $1499.00
6/21/2023 - $1499.00
6/22/2023 - $1499.00
6/23/2023 - $1499.00
6/26/2023 - $1499.00
6/27/2023 - $1499.00
6/28/2023 - $1499.00
6/29/2023 - $1499.00
6/30/2023 - $1499.00
7/3/2023 - $1499.00
7/5/2023 - $1499.00
7/6/2023 - $1499.00
7/7/2023 - $1499.00
7/10/2023 - $1499.00
7/11/2023 - $1499.00
7/12/2023 - $1499.00
7/13/2023 - $1499.00
7/14/2023 - $1499.00
7/17/2023 - $1499.00
7/17/2023 - $1499.00
7/18/2023 - $1499.00
7/21/2023 - $7495.00
8/3/2023 - $1499.00
8/4/2023 - $1499.00
8/7/2023 - $1499.00
8/8/2023 - $1499.00
8/9/2023 - $1499.00
8/10/2023 - $1499.00

ATTACHMENT TO STATEMENT FINANCIAL AFFAIRS #3
4

8/11/2023 - $1499.00
8/14/2023 - $1499.00
8/15/2023 - $1499.00
8/16/2023 - $1499.00
8/17/2023 - $1499.00
8/18/2023 - $1499.00
8/21/2023 - $1499.00
8/22/2023 - $1499.00
8/23/2023 - $1499.00
8/24/2023 - $1499.00
8/25/2023 - $1499.00
8/28/2023 - $1499.00
8/29/2023 - $1499.00
8/30/2023 - $1499.00
8/31/2023 - $1499.00
9/6/2023 - $1499.00
9/7/2023 - $1700.00
9/8/2023 - $1700.00
9/11/2023 - $1700.00
9/12/2023 - $1700.00

**CREDITOR – CAPYTAL COM**

6/1/2023 - $2682.00
6/2/2023 - $2682.00
6/5/2023 - $2682.00
6/6/2023 - $1900.00
6/7/2023 – $1900.00
6/8/2023 - $1900.00
6/9/2023 - $2682.00
6/12/2023 - $2682.00
6/13/2023 - $2682.00
6/14/2023 - $1800.00
6/15/2023 - $1800.00
6/16/2023 - $1800.00
6/20/2023 - $1800.00
6/21/2023 - $1800.00
6/22/2023 – $2682.00
6/23/2023 – $2682.00
6/26/2023 - $1800.00
6/27/2023 - $1800.00
6/28/2023 - $1800.00
6/29/2023 - $1800.00
6/30/2023 - $1800.00

ATTACHMENT TO STATEMENT FINANCIAL AFFAIRS #3

7/3/2023 - $1900.00
7/5/2023 - $1900.00
7/5/2023 - $1900.00
7/6/2023 - $1900.00
7/7/2023 - $1900.00
7/10/2023 - $1900.00
7/11/2023 - $1900.00
7/12/2023 - $1900.00
7/13/2023 - $1900.00
7/14/2023 - $1900.00
7/17/2023 - $1900.00
7/17/2023 - $1900.00
7/18/2023 - $1900.00
7/20/2023 - $1900.00
7/20/2023 - $1900.00
7/21/2023 - $1900.00
7/24/2023 - $1900.00
7/25/2023 - $1900.00
7/26/2023 - $1900.00
7/27/2023 - $1900.00
7/28/2023 - $1900.00
7/31/2023 - $1900.00
8/1/2023 - $1900.00
8/2/2023  - $1900.00


**CREDITOR – OCEAN FUNDING**

6/1/2023 $2999.00
6/2/2023 - $2999.00
6/5/2023 - $2999.00
6/6/2023 - $2099.00
6/7/2023 - $2099.00
6/8/2023 - $2099.00
6/9/2023 - $2099.00
6/12/2023 - $2099.00
6/12/2023 - $2099.00
6/13/2023 - $2999.00
6/14/2023 - $2099.00
6/15/2023 - $2999.00
6/16/2023 - $2099.00
6/20/2023 - $2099.00
6/21/2023 - $2099.00
6/22/2023 - $2999.00

ATTACHMENT TO STATEMENT FINANCIAL AFFAIRS #3

6/23/2023 - $2999.00
6/26/2023 - $2099.00
6/27/2023 - $2099.00
6/28/2023 - $2099.00
6/29/2023 - $2099.00
7/3/2023 - $2099.00
7/5/2023 - $2099.00
7/6/2023 - $2999.00
7/7/2023 - $2999.00
7/10/2023 - $2999.00
7/11/2023 - $2999.00
7/13/2023 - $2999.00
7/14/2023 - $2999.00
7/17/2023 - $2999.00
7/17/2023 - $2999.00
7/19/2023 - $2999.00
7/20/2023 - $2999.00
7/21/2023 - $2999.00
7/24/2023 - $2999.00
7/25/2023 - $2999.00
7/26/2023 - $2999.00
7/28/2023 - $2999.00
7/31/2023 - $2999.00
8/1/2023 - $2999.00
8/2/2023 - $2999.00
8/3/2023 - $2999.00
8/4/2023 - $2999.00
8/7/2023 - $2999.00
8/8/2023 - $2999.00
8/9/2023 - $2999.00
8/10/2023 - $2999.00
8/11/2023 - $2999.00
8/14/2023 - $2999.00
8/15/2023 - $2999.00
8/16/2023 - $2999.00
8/17/2023 - $2999.00
8/18/2023 - $2999.00
8/21/2023 - $2999.00
8/22/2023 - $2999.00
8/23/2023 - $2999.00
8/24/2023 - $2999.00
8/25/2023 - $2999.00
8/28/2023 - $2999.00

ATTACHMENT TO STATEMENT FINANCIAL AFFAIRS #3

8/29/2023 - $2999.00
8/30/2023 - $2999.00
8/31/2023 - $2999.00
9/6/2023 - $2999.00
9/7/2023 - $2999.00
9/8/2023 - $2999.00
9/11/2023 - $2999.00
9/12/2023 - $2999.00

**CREDITOR – BSI FINANCIAL**
9/8/2023 - $2017.89
9/11/2023 - $7728.07

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **UETEK**

_____
Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____   $ _____ **0.00**

   Prior to the filing of this statement I have received _____   $ _____ **0.00**

   Balance Due _____   $ _____ **0.00**

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor       ■ Other (specify):   ✱**Debtor paid $41,738.00 pre-petition with $11,426.76 earned in fees and costs (exclusive of filing fee) pre-petition.**

4. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Scope of services, fees and costs as indicated in the Application to Employ.  Total fees and costs to be determined.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

9/14/2023
_____
Date

Sean A. OKeefe
*Signature of Attorney*
**OKeefe & Associates Law Corporation. PC**
**26 Executive Park**
**Suite 250**
**Irvine, CA 92614**
**(949) 334-4135  Fax: (949) 209-2625**
**sokeefe@okeefelawcorporation.com**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Sean A. OKeefe**<br>**26 Executive Park**<br>**Suite 250**<br>**Irvine, CA 92614**<br>**(949) 334-4135 Fax: (949) 209-2625**<br>California State Bar Number: **122714 CA**<br>sokeefe@okeefelawcorporation.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>       **UETEK**<br><br><br><br><br><br>                                        Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**6**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___9-14-2023_____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                              **F 1007-1.MAILING.LIST.VERIFICATION**

UETEK
13521 Benson Avenue
Chino, CA 91710


Sean A. OKeefe
OKeefe & Associates Law Corporation. PC
26 Executive Park
Suite 250
Irvine, CA 92614


ALPINE ADVANCE 5 LLC
46 Washington Street Suite #6
Middletown, CT 06457


Blue Rock Capital Group
1021 38th Street
Brooklyn, NY 11219


BSI Financial Services
Customer Care
PO Box 517
Titusville, PA 16354-0517


CAPYTAL COM
1801 NE 123rd Street Suite 421
Miami, FL 33181


City of Chino
PO Box 667
13220 Central Ave
Chino, CA 91708-0667


CloudFund LLC
400 Realla Blvd Suite 165-101
Suffern, NY 10901

Delta Bridge Funding LLC
400 Rella Blvd
Suite 165-101
Suffern, NY 10901


East West Bank
Loan Servicing Depoartment
9300 Flair Drive 6th Floor
El Monte, CA 91731


Family Funding Group LLC
1021 38th St
Brooklyn, NY 11219


Fox Funding
5150 Tamiami Trail N
Suite 302
Naples, FL 34103


Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Gene Rosens Law Firm
200 Garden City Plaza #405
Garden City, NY 11530


Global Supply Co
20628 Corsair Boulevard
Hayward, CA 94545


Hanover Insurance Group
PO Box 15144
Worcester, MA 01615-0144

Hinden & Breslavsky
4661 W Pico Blvd
Los Angeles, CA 90019


Hsiang C Woodby
582 Armitos Pl
Diamond Bar, CA 91765


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Isuzu Finance of America Inc
Attn Operations
2500 Westchester Ave Ste 312
Purchase, NY 10577


LA Commercial Group Inc
dba Continental Commercial Group
Carol R Hamilton Esq
1111 N Brand Blvd Suite 401
Glendale, CA 91202


Lee & Associates - Ontario
Attn Ryan Earnhart
3535 Inland Empire Blvd
Ontario, CA 91764


LIV Funding LLC
320 Boston Post Road
Suite 180-161
Darien, CT 06820


Luis Mendoza
1157 Coventry Ct
San Dimas, CA 91773

Maverick Funding LLC
15916 Union Tpke
Fresh Meadows, NY 11366


Mercury Insurance
Topco Ins Agency
1619 S Azusa Ave
Hacienda Heights, CA 91745


Mr. Advance
35-12 19th Ave Suite 3W
Astoria, NY 11105


Mr. Advance
Corporation Service Company as
Representative
PO Box 2576
Springfield, IL 62708


Mr. Advance LLC
20200 W Dixie Hwy
Suite 1205
Miami, FL 33180


NAI Capital
Attn Ryan Campbell
21660 E Copley Dr Suite 320
Diamond Bar, CA 91765


Newco Capital Group LLC
1801 NE 123rd Street Suite 421
Miami, FL 33181


Newco Capital Group LLC
1505 Corporation
Cogency Global Inc as CA Agent
1325 J St Ste 1550
Sacramento, CA 95814

Newco Capital Group LLC
90 Broad Street Suite 903
New York, NY 10004


Ocean Funding Source
1800 New Central Ave
Lakewood, NJ 08701-3094


Sheldon J Fleming
Law Offices of Sheldon J Fleming
2030 Main Street Suite 1300
Irvine, CA 92614


Southern California Edison
2244 Walnut Grove Ave
Rosemead, CA 91770


Southern California Edison
Cristina Limon as Agent
2244 Walnut Grove Ave
Rosemead, CA 91770


T&T Investments LLC
14740 Ramona Ave
Chino, CA 91710


Terry McCrea
14740 Ramona Ave
Chino, CA 91710


United Packaging and Janitorial
Supplies Inc
9859 E Rush St
South El Monte, CA 91733

United Packaging and Janitorial
Supplies Inc Agent for Service
Bernardo Flores
4012 Winterhaven St
Yorba Linda, CA 92886


US Bank
Cardmember Service
PO Box 6352
Fargo, ND 58125-6352


Webfunder LLC
5150 Tamiami Trail N
Suite 302
Naples, FL 34103